UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE C. SCOTT,

    Petitioner,

v.                                                           Case No. 8:01-cv-2043-T-23TBM

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## **O R D E R**

Scott's "Motion for Relief of Final Judgment" (Doc. 82) is **DENIED**. In May of 2003, Scott's petition for the writ of habeas corpus was dismissed (Doc. 21) because the asserted grounds for relief were procedurally barred. Reconsideration was denied (Doc. 40) the following September. An additional reconsideration was also denied (Doc. 46). This court denied a certificate of appealability (Doc. 54) as did the Court of Appeals (Doc. 57), in April of 2004. Scott's motion to re-open case was denied (Doc. 60) as well as reconsideration (Doc. 63) of that order. The Circuit Court of Appeals denied a certificate of appealability (Doc. 79) and reconsideration (Doc. 81). This action shall remain closed.

ORDERED in Tampa, Florida, on July 13, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro